UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

------------------------------X

**IN RE FLEETBOSTON FINANCIAL**
**CORPORATION SECURITIES LITIGATION,**

Civ. 02-4561

ORDER OF REASSIGNMENT

vs.

**HARRY AMSTERDAM, et al.,**
------------------------------X

It is on this 27th day of June, 2007,

O R D E R E D that the above entitled action is reassigned from Judge Susan D. Wigenton to Judge Garrett E. Brown, Jr.

_s/Garrett E. Brown, Jr.___
GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT